UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN HOPKINS, et al., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>Defendant. | Case No. 1:13-ab-06000-DCN<br><br>JUDGE DONALD C. NUGENT<br><br>**PLAINTIFFS' UNOPOSSED MOTION FOR EXTENSION OF TIME TO FILE THERIR BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

  Now come Plaintiffs, by and through counsel, and files their Unopposed Motion For An Extension of Time for a period of 30 days to oppose and/or otherwise respond to *Defendant's Motion to Dismiss*. This request is being made prior to the expiration of the current deadline and no prior extensions have been requested.

  The case before the Court involves issues that require extensive analysis by the Plaintiffs. Plaintiffs require additional time to prepare an adequate response to Defendant's Motion to Dismiss. This Motion is not made for purposes of harassment or delay nor will it prejudice Defendants in any way.

  Counsel for Plaintiffs' has contacted counsel for Defendant's and **they do not oppose this Motion**.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant them an extension up to and including to July 25, 2013, to file their Brief in Opposition to Defendant's Motion to Dismiss.

>Respectfully submitted,
>
>*/s/ Ronald Frederick*_____
>Ronald Frederick (0063609)
>RONALD FREDERICK & ASSOC. CO., L.P.A.
>1370 Ontario St., Suite 1240
>Cleveland, Ohio 44113
>Telephone:     (216) 502-1055
>Facsimile:       (216) 566-9400
>ronf@clevelandconsumerlaw.com
>*Attorney for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Ronald Frederick*_____
>Ronald Frederick (0063609)
>RONALD FREDERICK & ASSOC. CO., L.P.A.
>*Attorney for Plaintiffs and the Class*